AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Lawson, David M. | **2. Court or Organization**<br><br>U.S. District Court, E.D. Mich | **3. Date of Report**<br><br>05/10/2011 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge - active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>231 W. Lafayette Blvd. Rm. 802<br>Detroit, MI 48226 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Custodian | Custodian accounts 1 through 9 |
| 2.   Director | High Sierra, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Lawson, David M.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/23/10 | Rutter Group -- seminar taught | $500.00 |
| 2. 8/30/10 | Thomas M. Cooley Law School --Teaching | $7,000.00 |
| 3. 12/21/10 | Thomas M. Cooley Law School -- Teaching | $10,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2010 | Ford Motor Company -- wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEAK | 4-22-2010 to 4-26-2010 | Naples, Florida | Seminar taught | Transportation, lodging, meals |
| 2. | SEAK | 11-10-2010 to 11-15-2010 | Naples, Florida | Seminar taught | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 2. Walt Disney Company common stock | A | Dividend | | | Sold | 01/25/10 | J | A | |
| 3. High Sierra, Inc. | | None | K | T | | | | | |
| 4. American Funds -- Growth Fund of America (Custodian) | B | Dividend | K | T | | | | | |
| 5. Charter One Bank | A | Interest | K | T | | | | | |
| 6. IXIS AEW Real Estate Fund (Custodian) | | None | J | T | | | | | |
| 7. IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | | | | | |
| 8. Bond Fund of America A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 9. New Economy Fund A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 10. New Prespective Fund A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 11. Ford Motor Company Common | | None | L | T | Sold (part) | 11/03/10 | K | E | |
| 12. Ford Motor Company Common | | None | L | T | Buy (add'l) | 03/05/10 | K | | |
| 13. Ford Motor Company Common | | None | L | T | Buy (add'l) | 03/11/10 | K | | |
| 14. BGI Life Path Fund* | A | Int./Div. | J | T | | | | | |
| 15. Cole Real Estate Investment Trust | C | Distribution | L | T | Buy | 01/20/10 | L | | |
| 16. FPA New Income Fund* | | None | | | Buy | 02/08/10 | K | | |
| 17. FPA New Income Fund* | | None | | | Sold | 05/11/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA New Income Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 19. Harbor Fund Bond Fund* | A | Int./Div. | J | T | Buy | 02/08/10 | J | | |
| 20. First Eagle Global Fund* | A | Int./Div. | K | T | Buy | 04/30/10 | K | | |
| 21. First Eagle Global Fund* | A | Int./Div. | K | T | Buy (add'l) | 05/11/10 | K | | |
| 22. First Eagle Global Fund | A | Int./Div. | K | T | Buy | 12/20/10 | K | | |
| 23. First Eagle Global Fund* | A | Int./Div. | J | T | Buy | 01/25/10 | K | | |
| 24. First Eagle Global Fund* | A | Int./Div. | | | Sold (part) | 04/30/10 | K | B | |
| 25. First Eagle Global Fund* | B | Dividend | K | T | Buy (add'l) | 10/25/10 | J | | |
| 26. Royce Fund 100 D* | A | Dividend | K | T | Buy | 04/30/10 | K | | |
| 27. T Rowe Price Int'l Funds Emerging Mkts | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 28. Harbor Fund Int'l Fund* | | None | | | Buy | 01/25/10 | K | | |
| 29. Harbor Fund Int'l Fund* | | None | | | Buy (add'l) | 04/30/10 | J | | |
| 30. Harbor Fund Int'l Fund* | | None | | | Sold | 10/25/10 | L | D | |
| 31. Blackrock Global Allocation Fund* | B | Dividend | K | T | Buy | 01/25/10 | K | | |
| 32. Dodge & Cox Stock Fund* | B | Dividend | L | T | Buy | 01/25/10 | K | | |
| 33. Fairholme Funds* | A | Dividend | L | T | Buy | 01/25/10 | K | | |
| 34. IVA Fiduciary Trust Woldwide Fnd* | A | Int./Div. | K | T | Buy | 01/25/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IVA Fiduciary Trust Woldwide Fnd* | A | Dividend | L | T | Buy (add'l) | 04/30/10 | K | | |
| 36. Keeley Funds Small Cap* | B | Dividend | L | T | Buy | 01/25/10 | K | | |
| 37. Selected American Shares Class D* | C | Dividend | L | T | Buy | 01/25/10 | K | | |
| 38. Thornburg Invmnt Trust Int'l A* | A | Dividend | K | T | Buy | 10/25/10 | K | | |
| 39. Pimco Real Return | A | Int./Div. | | | Buy | 01/12/10 | K | | |
| 40. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 01/29/10 | J | | |
| 41. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 02/26/10 | J | | |
| 42. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 03/31/10 | J | | |
| 43. Pimco Real Return | A | Int./Div. | | | Sold | 04/30/10 | K | A | |
| 44. Bond Index Fund | | None | J | T | Buy | 01/12/10 | K | | |
| 45. Bond Index Fund | | None | | | Buy (add'l) | 01/29/10 | J | | |
| 46. Bond Index Fund | | None | | | Buy (add'l) | 02/26/10 | J | | |
| 47. Bond Index Fund | | None | | | Buy (add'l) | 03/31/10 | J | | |
| 48. Bond Index Fund | | None | | | Buy (add'l) | 04/30/10 | K | | |
| 49. Bond Index Fund | | None | | | Buy (add'l) | 04/30/10 | J | | |
| 50. Bond Index Fund | | None | | | Buy (add'l) | 05/28/10 | J | | |
| 51. Bond Index Fund | | None | | | Buy (add'l) | 06/30/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000.000                       P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only)     S =Assessment          T =Cash Market
   (See Column C2)               U =Book Value             V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Bond Index Fund | | None | | | Buy (add'l) | 07/30/10 | J | | |
| 53. Bond Index Fund | | None | | | Buy (add'l) | 08/31/10 | J | | |
| 54. Bond Index Fund | | None | | | Buy (add'l) | 09/30/10 | J | | |
| 55. Bond Index Fund | | None | | | Buy (add'l) | 10/29/10 | J | | |
| 56. Bond Index Fund | | None | | | Buy (add'l) | 11/30/10 | J | | |
| 57. Bond Index Fund | | None | K | T | Buy (add'l) | 12/31/10 | J | | |
| 58. Pimco Total Return Fund | A | Int./Div. | K | T | Buy | 01/29/10 | J | | |
| 59. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 02/26/10 | J | | |
| 60. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 03/31/10 | J | | |
| 61. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 04/30/10 | J | | |
| 62. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 05/28/10 | J | | |
| 63. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 06/30/10 | J | | |
| 64. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 07/30/10 | J | | |
| 65. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 08/31/10 | J | | |
| 66. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 09/30/10 | J | | |
| 67. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 10/29/10 | K | | |
| 68. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 12/31/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter or spouse.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Lawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, David M. | 2. Court or Organization<br><br>U.S. District Court, E.D. Mich | 3. Date of Report<br><br>08/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>231 W. Lafayette Blvd. Rm. 802<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodian accounts 1 through 9 |
| 2. Director | High Sierra, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Lawson, David M. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/23/10 | Rutter Group -- seminar taught | $500.00 |
| 2. 8/30/10 | Thomas M. Cooley Law School --Teaching | $7,000.00 |
| 3. 12/21/10 | Thomas M. Cooley Law School -- Teaching | $10,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2010 | Ford Motor Company -- wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEAK | 4-22-2010 to 4-26-2010 | Naples, Florida | Seminar taught | Transportation, lodging, meals |
| 2. | SEAK | 11-10-2010 to 11-15-2010 | Naples, Florida | Seminar taught | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 2. | Walt Disney Company common stock | A | Dividend | | | Sold | 01/25/10 | J | A | |
| 3. | High Sierra, Inc. | | None | K | T | | | | | |
| 4. | American Funds -- Growth Fund of America (Custodian) | B | Dividend | K | T | | | | | |
| 5. | Charter One Bank | A | Interest | K | T | | | | | |
| 6. | IXIS AEW Real Estate Fund (Custodian) | | None | J | T | | | | | |
| 7. | IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | | | | | |
| 8. | Bond Fund of America A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 9. | New Economy Fund A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 10. | New Prespective Fund A* | A | Int./Div. | | | Sold | 01/20/10 | J | A | |
| 11. | Ford Motor Company Common | | None | L | T | Sold (part) | 11/03/10 | K | E | |
| 12. | Ford Motor Company Common | | None | L | T | Buy (add'l) | 03/05/10 | K | | |
| 13. | Ford Motor Company Common | | None | L | T | Buy (add'l) | 03/11/10 | K | | |
| 14. | BGI Life Path Fund* | A | Int./Div. | J | T | | | | | |
| 15. | Cole Real Estate Investment Trust | C | Distribution | L | T | Buy | 01/20/10 | L | | |
| 16. | FPA New Income Fund* | | None | | | Buy | 02/08/10 | K | | |
| 17. | FPA New Income Fund* | | None | | | Sold | 05/11/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA New Income Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 19. Harbor Fund Bond Fund* | A | Int./Div. | J | T | Buy | 02/08/10 | J | | |
| 20. First Eagle Global Fund* | A | Int./Div. | K | T | Buy | 04/30/10 | K | | |
| 21. First Eagle Global Fund* | A | Int./Div. | K | T | Buy (add'l) | 05/11/10 | K | | |
| 22. First Eagle Global Fund | A | Int./Div. | K | T | Buy | 12/20/10 | K | | |
| 23. First Eagle Global Fund* | A | Int./Div. | J | T | Buy | 01/25/10 | K | | |
| 24. First Eagle Global Fund* | A | Int./Div. | | | Sold (part) | 04/30/10 | K | B | |
| 25. First Eagle Global Fund* | B | Dividend | K | T | Buy (add'l) | 10/25/10 | J | | |
| 26. Royce Fund 100 D* | A | Dividend | K | T | Buy | 04/30/10 | K | | |
| 27. T Rowe Price Int'l Funds Emerging Mkts | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 28. Harbor Fund Int'l Fund* | | None | | | Buy | 01/25/10 | K | | |
| 29. Harbor Fund Int'l Fund* | | None | | | Buy (add'l) | 04/30/10 | J | | |
| 30. Harbor Fund Int'l Fund* | | None | | | Sold | 10/25/10 | L | D | |
| 31. Blackrock Global Allocation Fund* | B | Dividend | K | T | Buy | 01/25/10 | K | | |
| 32. Dodge & Cox Stock Fund* | B | Dividend | L | T | Buy | 01/25/10 | K | | |
| 33. Fairholme Funds* | A | Dividend | L | T | Buy | 01/25/10 | K | | |
| 34. IVA Fiduciary Trust Woldwide Fnd* | A | Int./Div. | K | T | Buy | 01/25/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IVA Fiduciary Trust Woldwide Fnd* | A | Dividend | L | T | Buy (add'l) | 04/30/10 | K | | |
| 36. Keeley Funds Small Cap* | B | Dividend | L | T | Buy | 01/25/10 | K | | |
| 37. Selected American Shares Class D* | C | Dividend | L | T | Buy | 01/25/10 | K | | |
| 38. Thornburg Invmnt Trust Int'l A* | A | Dividend | K | T | Buy | 10/25/10 | K | | |
| 39. Pimco Real Return | A | Int./Div. | | | Buy | 01/12/10 | K | | |
| 40. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 01/29/10 | J | | |
| 41. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 02/26/10 | J | | |
| 42. Pimco Real Return | A | Int./Div. | | | Buy (add'l) | 03/31/10 | J | | |
| 43. Pimco Real Return | A | Int./Div. | | | Sold | 04/30/10 | K | A | |
| 44. Bond Index Fund | | None | J | T | Buy | 01/12/10 | K | | |
| 45. Bond Index Fund | | None | | | Buy (add'l) | 01/29/10 | J | | |
| 46. Bond Index Fund | | None | | | Buy (add'l) | 02/26/10 | J | | |
| 47. Bond Index Fund | | None | | | Buy (add'l) | 03/31/10 | J | | |
| 48. Bond Index Fund | | None | | | Buy (add'l) | 04/30/10 | K | | |
| 49. Bond Index Fund | | None | | | Buy (add'l) | 04/30/10 | J | | |
| 50. Bond Index Fund | | None | | | Buy (add'l) | 05/28/10 | J | | |
| 51. Bond Index Fund | | None | | | Buy (add'l) | 06/30/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Bond Index Fund | | None | | | Buy<br>(add'l) | 07/30/10 | J | | |
| 53. Bond Index Fund | | None | | | Buy<br>(add'l) | 08/31/10 | J | | |
| 54. Bond Index Fund | | None | | | Buy<br>(add'l) | 09/30/10 | J | | |
| 55. Bond Index Fund | | None | | | Buy<br>(add'l) | 10/29/10 | J | | |
| 56. Bond Index Fund | | None | | | Buy<br>(add'l) | 11/30/10 | J | | |
| 57. Bond Index Fund | | None | K | T | Buy<br>(add'l) | 12/31/10 | J | | |
| 58. Pimco Total Return Fund | A | Int./Div. | K | T | Buy | 01/29/10 | J | | |
| 59. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 02/26/10 | J | | |
| 60. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 03/31/10 | J | | |
| 61. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 04/30/10 | J | | |
| 62. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 05/28/10 | J | | |
| 63. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 06/30/10 | J | | |
| 64. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 07/30/10 | J | | |
| 65. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 08/31/10 | J | | |
| 66. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 09/30/10 | J | | |
| 67. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 10/29/10 | K | | |
| 68. Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | Pimco Total Return Fund | A | Int./Div. | | | Buy<br>(add'l) | 12/31/10 | J | | |
| 70. | TPS G Fund*** | | | | | | | | | |
| 71. | Detroit Edison Common Stock | A | Int./Div. | | | Sold | 05/05/10 | K | B | |
| 72. | Fidelity Investments Managed Fund* | A | Int./Div. | | | Sold | 01/04/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA

3. The investment in the TPS G Fund was reported in error on the 2009 report. According to page 34 of the filing instructions, investments in Thrift Savings Plans are not required to be reported. 5 U.S.C. Appendix, section 102(i)(1(A).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **David M. Lawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544